# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROKIOT USA, LLC,<br><br>*Plaintiff*,<br>v.<br><br>SPENCER HEALTH SOLUTIONS, INC.,<br><br>*Defendant*. | Case No. 1:23-cv-01437-GBW<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY

Plaintiff and Defendant, by and through their respective counsel, hereby jointly update the Court regarding the parties' agreement in principle that would resolve all matters in controversy between the parties.

The parties continue to work toward finalizing the agreement in principle. To permit them time to do so and to file appropriate dismissal papers without incurring additional expenses or consuming the Court's resources, the parties respectfully request that the Court stay this matter for a period of thirty (30) days. Should the parties not fully resolve this matter within that period, the parties shall file a status report providing the Court with an update concerning the status of this matter.

Dated: May 28, 2024

| | |
|---|---|
| **WOMBLE BOND DICKINSON LLP**<br>*/s/ Stephanie S. Riley*<br>Stephanie S. Riley (Del. Bar No. 5803)<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: stephanie.riley@wbd-us.com<br>*Attorneys for Defendants* | **STAMOULIS & WEINBLATT LLC**<br>*/s/ Stamatios Stamoulis*<br>Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>Telephone: (302) 999-1540<br>Facsimile: (302) 762-1688<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br>*Attorneys for Plaintiff* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROKIOT USA, LLC, | Case No. 1:23-cv-01437-GBW |
| *Plaintiff*, | |
| v. | **JURY TRIAL DEMANDED** |
| SPENCER HEALTH SOLUTIONS, INC., | |
| *Defendant*. | |

## [PROPOSED] ORDER ON JOINT MOTION TO STAY

IT APPEARING THAT the parties have reached an agreement in principle that would resolve all matters in controversy between the parties in this action, and

IT FURTHER APPEARING THAT all parties join in the motion to stay all deadlines to permit the parties time to finalize this agreement and for the parties to file appropriate dismissal papers without incurring additional expenses or consuming the Court's resources,

IT IS HEREBY ORDERED THAT this matter is hereby stayed for a period of thirty (30) days. Should the parties not fully resolve this matter within that period, the parties shall file a status report providing the Court with an update concerning the status of this matter.

This ____ day of _____, 2024.

_____
The Honorable Gregory B. Williams
United States District Judge